## NOTICE OF LEAVE OF ABSENCE

TO:        All Judges, Clerks of Courts, and Counsels of Record

FROM:    Fariba Bayani, Esq.

RE:        Notice of Leave of Absence

DATE:    February 13, 2023

NOW COMES FARIBA BAYANI and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all Opposing Counsel, that she will be on leave pursuant to Georgia Uniform Code Rule 16.4.

1. The period of leave during which time Applicant will be away from the practice of law is as follows:  (**_Monday, February 27, 2023, through Friday, March 3, 2023 and Monday, March 13, 2023_** ), for the purpose of *Attorney's personal vacation*.

2. Fariba Bayani hereby certifies that to the best of her knowledge and belief as of this date, the cases attached hereto are not on a published calendar and have not been noticed for a hearing during the aforementioned periods of leave.

3. All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted this 13th day of February 2023.

BAYANI LAW GROUP, LLC

/s/ *Fariba Bayani*
FARIBA BAYANI, Esq.
Georgia State Bar No.: 142038

236 Johnson Ferry Road, N.E., Suite 210
Sandy Springs, GA 30328
(404) 255-8858 (O) (404) 255-8859 (F)
Attorney Email: ladyjustice.ga@gmail.com  Electronic Service: mari.bayanilaw@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date, prior to filing, served a copy of the within and foregoing Notice of Leave of Absence upon all Judges, Clerks, and Opposing Counsel listed in the attached Exhibit "1" by electronic service and/or mailing a copy of the same in a properly addressed envelope with sufficient postage attached thereto.

Respectfully submitted this 13th day of February 2023.

                                                          BAYANI LAW GROUP, LLC

                                                          ***/s/ Fariba Bayani***
                                                          FARIBA BAYANI, Esq.
                                                          Georgia State Bar No.: 142038

236 Johnson Ferry Road, N.E., Suite 210
Sandy Springs, GA 30328
(404) 255-8858 (O) (404) 255-8859 (F)
Attorney Email: ladyjustice.ga@gmail.com Electronic Service: mari.bayanilaw@gmail.com

**Exhibit "1": Fariba Bayani – Leave of Absence**

**COBB COUNTY STATE**

**1. Law Offices of Kanner & Pintaluga v. Joanna Ebert, et. al  - Case Number:  21-A-935**

*Judge Allison B. Salter, State Court of Cobb County*

*Clerk, State Court of Cobb County*

*Williams J. Collins – Attorney for Plaintiff – william@hauglawgroup.com*

**COBB COUNTY SUPERIOR**

**1. 24 Hour Home Buyers v. Mehran Habibi – Case Number: 20103891**

*Judge Kellie Hill, Superior Court of Cobb County*

*Clerk, Superior Court of Cobb County*

*David S. Klein, Attorney for Plaintiff - dklein@rlklawfirm.com*

**CHEROKEE COUNTY STATE**

**1.   Velasquez v. Frazier – Case Number: 21SCE0087**

*Judge W. Alan Jordan, State Court of Cherokee County*

*Clerk, State Court of Cherokee County*

*Daniel Kuczler, Attorney for Defendant – gasc.law-daniel-kuczler.818o27@statefarm.com*

**DEKALB COUNTY STATE**

**1.   State v. Jenean Marrs – Case Number: 22C03590 OTN:21S-000986**

*Judge Johnny Panos, State Court of Dekalb County*

*Clerk, State Court of Dekalb County*

*Solicitor General, Dekalb County*

**DEKALB COUNTY SUPERIOR**

2. Ashley Thomas Perry v. Ryan Michael Perry – CAFN: 22FM8755

*Judge Tangela Barrie, Superior Court of Dekalb County*

*Clerk, Superior Court of Dekalb County*

*Michael D. Deeb, Attorney for Respondent – michael@sddfamilylaw.com*

**FULTON COUNTY STATE**

1. Majid Mohammadi v. Mohammad Javadi  – Case Number: 21EV001060

*Judge Patsy Porter, State Court of Fulton County*

*Clerk, State Court of Fulton County*

*Jennifer L.F. McClendon, Attorney for Defendant – Jennifer.mcclendon@mgclaw.com*

2. State of Georgia v. Abolfazl Habibi  – Case Number: 21CR007291D

*State Court of Fulton County*

*Clerk, State Court of Fulton County*

3. State of Georgia v. Arash Robert Kazemi – Case Number: 21CR006386F

*Judge Eric A. Richardson, State Court of Fulton County*

*Clerk, State Court of Fulton County*

*Evan Dudley – Fulton County Solicitor General - evan.dudley@fultoncountyga.gov*

**FULTON COUNTY SUPERIOR**

1. Melissa Kay Vanzandt v. Alex Alireza Mahyar – Case Number: 2022CV361349

*Judge Family 4, Superior Court of Fulton County*

*Clerk, Superior Court of Fulton County*

*Stephanie Weil, Attorney for Petitioner - stephanie.weil@vandtlaw.com*

2. **State of Georgia v. Abolfazl Habibi – Accusation Number: 21CP205236**

*Superior Court of Fulton County*

*Clerk, Superior Court of Fulton County*

## GWINNETT COUNTY STATE

1. **Gilman & Kelly v. Max Agee, et. al - Case Number: 21-C-01242-S5**

*Judge Pamela D. South, State Court of Gwinnett County*

*Clerk, State Court of Gwinnett County*

*Alexander Patorgis – Attorney for Defendant Agee & Tolmar Pharmaceuticals – zpatorgis@cmlawfirm.com*

*Trenton Edwards – Attorney for Defendant Gilliani – tedwards@gwdlawfirm.com*

## UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

1. **Simon Perdomo v. CF MH II SF, LLC, et. al., – Civil Action File Number 1:20-CV-04763-SEG**

*Judge Sarah E. Geraghty, United States District Court*

*Glenn C. Tornillo, Esq. – Attorney for Defendants*

*CF MH II SF, LLC & Newbury Management Company - gtornillo@cmlawfirm.com*